IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03114-AP

BETTY A. TRUELOVE,
        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
        Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
Michael Desaulniers, Esq.
402 W. 12th Street
Pueblo, Colorado 81003
719-543-8636
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

William G. Pharo
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street, 6th Floor
Denver, Colorado 80202
(303) 844-0815
stephanie.kiley@ssa.gov

2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.      DATES OF FILING OF RELEVANT PLEADINGS

A.      Date Complaint was filed:                              November 30, 2011
B.      Date Complaint was served on U.S. Attorney's Office: January 26, 2012
C.      Date Answer and Administrative Record were filed:    March 26, 2012

4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.      STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

6.      STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.      OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8.      BRIEFING SCHEDULE

Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after the filing of this Joint Case Management plan, as follows

A.      Plaintiff's opening brief due                          May 16, 2012
B.      Defendant's response brief due                         June 15, 2012
C.      Plaintiff's reply brief (if any) due                   June 30, 2012

9.      STATEMENTS REGARDING ORAL ARGUMENT

      A.      Plaintiff does not request oral argument.

      B.      Defendant does not request oral argument.

10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.     OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 10th day of April, 2012.

                               BY THE COURT:

                              ***S/John L. Kane***

                              U.S. DISTRICT COURT JUDGE

APPROVED:

s/Michael A. Desaulniers                JOHN F. WALSH
Michael Desaulniers, Esq.               United States Attorney
402 W. 12th Street
Pueblo, Colorado 81003                  WILLIAM G. PHARO
719-543-8636                            Assistant United States Attorney
seckarlaw@mindspring.com                District of Colorado

                                        s/Stephanie Lynn F. Kiley
                                        Stephanie Lynn F. Kiley
                                        Special Assistant United States Attorney
                                        Office of the General Counsel
                                        Social Security Administration
                                        1001 Seventeenth Street, 6th Floor
                                        Denver, Colorado 80202
                                        (303) 844-0815
                                        stephanie.kiley@ssa.gov