IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-3114-AP**

**BETTY A. TRUELOVE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion to File Amended Opening Brief (doc. #12), filed May 18, 2012, is GRANTED.  The Amended Opening Brief is accepted as filed on May 22, 2012..

Dated:  May 24, 2012