IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03114-WYD

BETTY A. TRUELOVE,

    Plaintiff,

vs

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

## FINAL JUDGMENT

Pursuant to and in accordance with the ORDER entered by the Honorable Wiley Y. Daniel, U.S. District Judge on March 22, 2013, it is hereby

ORDERED that this civil action is REVERSED AND REMANDED to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, in favor of plaintiff and against defendant.

Plaintiff may have her costs upon the filing of a Bill of Costs within fourteen days of entry of judgment.

DATED at Denver, Colorado this 22nd day of March, 2013.

        FOR THE COURT,
        JEFFREY P. COLWELL, Clerk

        By: s/ Edward P. Butler
            Edward P. Butler, Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, as of Feb. 14, 2013, has been named as the Acting Commissioner and is automatically substituted for Michael J. Astrue as the defendant.